**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN M. BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TALKSPACE, INC., OREN FRANK, MARK HIRSCHHORN, HEC SPONSOR LLC, DOUGLAS L. BRAUNSTEIN, DOUGLAS G. BERGERON, JONATHAN DOBRES, ROBERT GREIFELD, AMY SCHULMAN, THELMA DUGGIN, HUDSON EXECUTIVE CAPITAL LP, and HEC MASTER FUND LP,<br><br>Defendants. | Civil Action No. 1:22-cv-00163-PGG |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on January 7, 2022, Plaintiff Ivan M. Baron ("Plaintiff") filed a putative class-action complaint asserting claims pursuant to 15 U.S.C. §§ 78n(a) and 78t(a) of the Securities Exchange Act of 1934 and SEC Rule 14a-9 promulgated thereunder by the United States Securities and Exchange Commission (the "Complaint"); and

WHEREAS, the claims asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which provides a procedure for the appointment by the Court of lead plaintiff and lead counsel to represent the putative class; and

WHEREAS, counsel for the Plaintiff and Defendants Talkspace, Inc. Oren Frank, HEC Sponsor LLC, Hudson Executive Capital LP, HEC Master Fund LP, Douglas Braunstein, Douglas Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, and Thelma Duggin (the

"Stipulating Defendants") believe that an answer or motion responding to the Complaint would be premature prior to the entry of an Order by the Court pursuant to the PSLRA appointing lead plaintiff and lead counsel.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff and the respective attorneys for the Stipulating Defendants, as indicated below, as follows:

1. Undersigned counsel for the Stipulating Defendants are authorized to accept, and hereby do accept, service of the summons and Complaint in the above-captioned action on behalf of their respective clients, without prejudice and without waiver of any defenses, objections, or arguments in this matter or any other matter, except as to sufficiency of service of process of the Complaint.

2. None of the Stipulating Defendant shall be required to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to the Complaint, subject to the provisions of paragraph 3 below.

3. Upon the entry of an Order appointing lead plaintiff and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action) pursuant to the PSLRA, the lead plaintiff and the Defendants shall confer regarding a schedule for the filing of an amended or consolidated complaint and any response thereto, and will promptly submit a joint proposal or competing proposals for the Court's consideration.

4. The initial pretrial conference scheduled for May 19, 2022 at 10:15 a.m. is adjourned *sine die*.

[***Remainder of Page Intentionally Blank***]

Stipulated and agreed to by:

DATED: New York, New York
January 31, 2022

**ROBBINS GELLER RUDMAN & DOWD LLP**

By: /s/ Richard W. Gonnello

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: 631-367-7100
srudman@rgrdlaw.com

Brian E. Cochran
200 South Wacker Drive, 31st Floor
Chicago, Illinois 60606
Telephone: 312-674-4674
bcochran@rgrdlaw.com

Richard W. Gonnello
420 Lexington Avenue, Suite 1832
New York, New York 10170
Telephone: 212-432-5100
rgonnello@rgrdlaw.com

*Attorneys for Plaintiff Baron*

**MILBANK LLP**

By: /s/ Scott A. Edelman

Scott A. Edelman
Jed M. Schwartz
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5000
sedelman@milbank.com
jschwartz@milbank.com

*Attorneys for Defendants Talkspace, Inc., Hudson Executive Capital LP, HEC Sponsor LLC, HEC Master Fund LP, Douglas L. Braunstein, Douglas G. Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, and Thelma Duggin*

**COHEN & GRESSER LLP**

By: /s/ David F. Lisner

David F. Lisner
800 Third Avenue
New York, New York 10022
Telephone: 212-707-1329
dlisner@cohengreser.com

*Attorneys for Oren Frank*

SO ORDERED

DATED: New York, New York
February 2, 2022

PAUL G. GARDEPHE
United States District Judge