**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IVAN M. BARON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

TALKSPACE, INC., OREN FRANK, MARK HIRSCHHORN, HEC SPONSOR LLC, DOUGLAS L. BRAUNSTEIN, DOUGLAS G. BERGERON, JONATHAN DOBRES, ROBERT GREIFELD, AMY SCHULMAN, THELMA DUGGIN, HUDSON EXECUTIVE CAPITAL LP, and HEC MASTER FUND LP,

Defendants.

---

Index No. 22-cv-00163 (PGG)

**STIPULATION AND ORDER**

WHEREAS, on January 7, 2022, Plaintiff Ivan M. Baron ("Plaintiff") filed a putative class-action complaint asserting claims pursuant to 15 U.S.C. §§ 78n(a) and 78t(a) of the Securities Exchange Act of 1934 and SEC Rule 14a-9 promulgated by the United States Securities and Exchange Commission (the "Complaint"); and

WHEREAS, the claims asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which provides a procedure for the appointment by the Court of lead plaintiff and lead counsel to represent the putative class; and

WHEREAS, counsel for the Plaintiff and Defendant Mark Hirschhorn ("Hirschhorn") believe that an answer or other motion responding to the Complaint would be premature prior to the entry of an Order by the Court pursuant to the PSLRA appointing lead plaintiff and lead counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff and Hirschhorn, as follows:

1. Undersigned counsel for Hirschhorn is authorized to accept, and hereby does accept, service of the Summons and Complaint in the above-captioned action on behalf of Hirschhorn, without prejudice and without waiver of any defenses, objections, or arguments in this matter or any other matter, except as to sufficiency of service of process of the Complaint.

2. Hirschhorn shall not be required to answer or otherwise respond to, and is expressly relieved from answering or otherwise responding to the Complaint, subject to the provisions of paragraph 3 below.

3. Upon the entry of an Order appointing lead plaintiff and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action) pursuant to the PSLRA, the lead plaintiff and the Defendants shall confer regarding a schedule for the filing of an amended or consolidated complaint and any response thereto, and will promptly submit a joint proposal or competing proposals for the Court's consideration.

[***Remainder of Page Intentionally Blank***]

Stipulated and agreed to:

DATED: New York, New York
February 18, 2022

**ROBBINS GELLER RUDMAN & DOWD LLP**

By: *_/s/ Richard W. Gonnello_*
Richard W. Gonnello
420 Lexington Avenue, Suite 1832
New York, NY 10170
(212) 432-5100
rgonnello@rdrdlaw.com

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100
srudman@rgrdlaw.com

Brian E. Cochran
200 South Wacker Drive, 31st Floor
Chicago, Illinois 60606
(312) 674-4674
bcochran@rgrdlaw.com

*Attorneys for Plaintiff Baron*

**COLE SCHOTZ P.C.**

By: *_/s/ Michael Weinstein_*
Michael S. Weinstein
Bradley P. Pollina
1325 Avenue of the Americas
19th Floor
New York, NY 10022-4728
(212) 752-8000
mweinstein@coleschotz.com
bpollina@coleschotz.com

*Attorneys for Defendant Mark Hirschhorn*

**SO ORDERED:**

Dated: New York, New York
March 2, 2022

Honorable Paul G. Gardephe
United States District Judge

61129/0001-20347692v1