**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TALKSPACE, INC. SECURITIES LITIGATION | Civil Action No. 22-cv-00163 (PGG)<br><br>**CLASS ACTION** |

**SCHEDULING ORDER**

This stipulation is entered into between Lead Plaintiffs Montague Street Group and Ivan M. Baron ("Lead Plaintiffs") and defendants Talkspace, Inc., Oren Frank, Mark Hirschhorn, HEC Sponsor LLC, Douglas L. Braunstein, Douglas G. Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, Thelma Duggin, Hudson Executive Capital LP, and HEC Master Fund LP (collectively, the "Defendants" and, together with Lead Plaintiffs, the "Parties").

WHEREAS, on January 7, 2022, a Class Action Complaint was filed by Lead Plaintiff Baron, captioned *Baron v. Talkspace, Inc.*, No. 22-cv-00163 (PGG);

WHEREAS, on January 31, 2022, a Class Action Complaint was filed by Plaintiff Luis Diaz Valdez, captioned *Valdez v. Talkspace, Inc.*, No. 22-cv-00840 (PGG);

WHEREAS, on June 3, 2022, the Court entered an order consolidating the above referenced actions, appointing Baron and the Montague Street Group to serve as Lead Plaintiffs in the consolidated action, and further providing that: Lead Plaintiffs shall file any consolidated class action complaint by July 1, 2022; and by July 14, 2022, Defendants shall submit a joint letter stating whether they intend to answer or move to dismiss (and, in the event that Defendants intend to move to dismiss, they will propose a briefing schedule that has been discussed with Plaintiffs' counsel);

WHEREAS, Lead Counsel requested and counsel for Defendants agreed to a thirty-day

extension for Lead Plaintiffs to file their consolidated class action complaint, until August 1, 2022;

WHEREAS, this is Lead Plaintiffs' first such application to extend the aforementioned deadline;

WHEREAS, the Parties have agreed to enter into the following schedule with respect to responding to the filing of Lead Plaintiffs' consolidated class action complaint;

NOW, THEREFORE, the Parties, through their attorneys, subject to the Court's approval, stipulate and agree to the following:

1. Lead Plaintiffs shall file a consolidated class action complaint by August 1, 2022; Defendants shall submit a joint letter stating whether they intend to answer or move to dismiss the consolidated class action complaint by August 15, 2022; and, in the event that Defendants intend to move to dismiss, they will propose a briefing schedule that has been discussed with Plaintiffs' counsel; and

2. Neither Lead Plaintiffs nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines, and the entry into this Stipulation shall not waive, and the Parties expressly preserve, all rights, claims and defenses, including, without limitation, all defenses relating to jurisdiction and venue.

DATED: June 17, 2022

Respectfully submitted,

**ROLNICK KRAMER SADIGHI LLP**

*<u>/s/ Lawrence M. Rolnick</u>*
Lawrence M. Rolnick
Marc B. Kramer
Matthew Peller
Anna Menkova
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800

**MILBANK LLP**

*<u>/s/ Scott A. Edelman*</u>*
Scott A. Edelman
Jed M. Schwartz
55 Hudson Yards
New York, New York 10001
(212) 530-5000

*Counsel for Defendants Talkspace, Inc., Hudson Executive Capital LP, HEC Sponsor*

*Electronic signature used with consent pursuant to Rule 8.5(b) of S.D.N.Y. Electronic Case Filing Rules & Instructions.

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-1173

*Counsel for Lead Plaintiffs*

*LLC, HEC Master Fund LP, Douglas L. Braunstein, Douglas G. Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, and Thelma Duggin*

**COHEN & GRESSER LLP**

*/s/ David F. Lisner**
David F. Lisner
800 Third Avenue
New York, New York 10022
(212) 707-1329

*Counsel for Defendant Oren Frank*

**COLE SCHOTZ P.C.**

*/s/ Michael S. Weinstein**
Michael S. Weinstein
Bradley P. Pollina
1325 Avenue of the Americas, 19th Floor
New York, New York 10022
(212) 752-8000

*Counsel for Defendant Mark Hirschhorn*

IT IS SO ORDERED.

DATED: June 23, 2022

THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

*Electronic signature used with consent pursuant to Rule 8.5(b) of S.D.N.Y. Electronic Case Filing Rules & Instructions.