**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TALKSPACE, INC. SECURITIES LITIGATION | Case No.: 1:22-cv-00163-PGG<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint, the Declaration of Allison S. Markowitz (with exhibits), and such other submissions as may be filed in support of this Motion, Defendants Talkspace, Inc., Hudson Executive Capital LP, HEC Sponsor LLC, HEC Master Fund LP, Douglas L. Braunstein, Douglas G. Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, Thelma Duggin, Oren Frank, and Mark Hirschhorn, by and through their undersigned counsel, will move this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, on a date and time to be set by the Court, for an order: (i) dismissing the Consolidated Class Action Complaint in its entirety and with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995; and (ii) for such other relief as the Court deems just and proper.

| | |
|---|---|
| DATED: September 13, 2022<br>New York, New York | **MILBANK LLP**<br><br>/s/ Scott A. Edelman<br>Scott A. Edelman<br>Jed M. Schwartz<br>Allison S. Markowitz<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: 212-530-5000<br>sedelman@milbank.com<br>jschwartz@milbank.com<br>amarkowitz@milbank.com<br><br>*Counsel for Defendants Talkspace, Inc., Hudson Executive Capital LP, HEC Sponsor LLC, HEC Master Fund LP, Douglas L. Braunstein, Douglas G. Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, and Thelma Duggin*<br><br>**COHEN & GRESSER LLP**<br><br>/s/ David F. Lisner<br>Mark S. Cohen<br>David F. Lisner<br>800 Third Avenue, 21st Floor<br>New York, New York 10022<br>Telephone: 212-707-1329<br>mcohen@cohengresser.com<br>dlisner@cohengresser.com<br><br>*Counsel for Defendant Oren Frank*<br><br>**COLE SCHOTZ P.C.**<br><br>/s/ Michael S. Weinstein<br>Michael S. Weinstein<br>Bradley P. Pollina<br>1325 Avenue of the Americas, 19th Floor<br>New York, New York 10022<br>(212) 752-8000<br><br>*Counsel for Defendant Mark Hirschhorn* |