January 19, 2023

<div style="text-align: right"><u>VIA ECF</u></div>

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007

      Re:    <u>In re Talkspace, Inc. Securities Litigation</u>, No. 1:22-cv-00163-PGG

Dear Judge Gardephe:

      On behalf of all parties in the above-referenced action, we write to: (i) notify the Court that the parties have agreed to engage in a scheduled mediation before Robert A. Meyer, Esq., of JAMS, on February 16, 2023, in an attempt to resolve the claims at issue; and (ii) respectfully request that the Court hold in abeyance any decision on defendants' fully-briefed motion to dismiss, pending the outcome of that mediation. We respectfully submit this will serve the interests of justice and potentially conserve judicial resources. The parties will provide a status report regarding the outcome of the mediation on or before March 2, 2023.

                                    Respectfully submitted,

| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>EVAN J. KAUFMAN<br>WILLIAM A. MASSA | MILBANK LLP<br>SCOTT A. EDELMAN<br>JED M. SCHWARTZ<br>ALLISON S. MARKOWITZ |
|---|---|
|       /s/ *Evan J. Kaufman*<br>      EVAN J. KAUFMAN |       /s/ *Scott A. Edelman*<br>      SCOTT A. EDELMAN |
| 58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br>wmassa@rgrdlaw.com | 55 Hudson Yards<br>New York, NY 10001<br>Telephone: 212/530-5000<br>sedelman@milbank.com<br>jschwartz@milbank.com<br>amarkowitz@milbank.com |

Judge Paul G. Gardephe
January 19, 2023
Page 2

<div style="display: flex;">

<div>

ROLNICK KRAMER SADIGHI LLP
LAWRENCE M. ROLNICK
MARC B. KRAMER
MATTHEW PELLER
ANNA MENKOVA
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/597-2838
lrolnick@rksllp.com
shecht@rksllp.com
mpeller@rksllp.com
amenkova@rksllp.com

*Co-Lead Counsel for Plaintiffs*

</div>

<div>

*Counsel for Defendants Talkspace, Inc., Hudson Executive Capital LP, HEC Sponsor LLC, HEC Master Fund LP, Douglas L. Braunstein, Douglas G. Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, and Thelma Duggin*

COHEN & GRESSER LLP
MARK S. COHEN
DAVID F. LISNER

      /s/ Mark S. Cohen
      MARK S. COHEN

800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: 212-707-1329
mcohen@cohengresser.com
dlisner@cohengresser.com

*Counsel for Defendant Oren Frank*

COLE SCHOTZ P.C.
MICHAEL S. WEINSTEIN
BRADLEY P. POLLINA

      /s/ Michael S. Weinstein
      MICHAEL S. WEINSTEIN

1325 Avenue of the Americas
19th Floor
New York, NY  10022
Telephone:  212/752-8000

*Counsel for Defendant Mark Hirschhorn*

</div>

</div>

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated:  January 20, 2023

cc:     All Counsel of Record (via ECF)