March 29, 2023

VIA ECF

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007

  Re: *In re Talkspace, Inc. Securities Litigation*, No. 1:22-cv-00163-PGG

Dear Judge Gardephe:

  We write on behalf of the parties in this action to provide an update on the progress of the settlement. The parties have been working diligently and have made progress towards a written settlement agreement. The February 23, 2023 joint status report (ECF No. 76) expressed Plaintiffs would be in position to file a motion for preliminary approval of the expected settlement by April 3, 2023. The process has taken longer than anticipated, however, and due to the upcoming holidays, Plaintiffs anticipate being in position to file preliminary settlement approval papers by May 3, 2023. In the event the parties are unable to reach a final agreement to settle this action, they will promptly notify the Court.

            Respectfully submitted,

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>EVAN J. KAUFMAN<br>WILLIAM A. MASSA | MILBANK LLP<br>SCOTT A. EDELMAN<br>JED M. SCHWARTZ<br>ALLISON S. MARKOWITZ |
|     */s/ Evan J. Kaufman*<br>EVAN J. KAUFMAN |     */s/ Scott A. Edelman*<br>SCOTT A. EDELMAN |
| 58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br>wmassa@rgrdlaw.com | 55 Hudson Yards<br>New York, NY 10001<br>Telephone: 212/530-5000<br>sedelman@milbank.com<br>jschwartz@milbank.com<br>amarkowitz@milbank.com |

| | |
|---|---|
| ROLNICK KRAMER SADIGHI LLP<br>LAWRENCE M. ROLNICK<br>MARC B. KRAMER<br>MATTHEW PELLER<br>ANNA MENKOVA<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212/597-2838<br>lrolnick@rksllp.com<br>shecht@rksllp.com<br>mpeller@rksllp.com<br>amenkova@rksllp.com<br><br>*Co-Lead Counsel for Plaintiffs* | *Counsel for Defendants Talkspace, Inc., Hudson Executive Capital LP, HEC Sponsor LLC, HEC Master Fund LP, Douglas L. Braunstein, Douglas G. Bergeron, Jonathan Dobres, Robert Greifeld, Amy Schulman, and Thelma Duggin*<br><br>COHEN & GRESSER LLP<br>MARK S. COHEN<br>DAVID F. LISNER<br><br>      */s/ David F. Lisner*<br>    DAVID F. LISNER<br><br>800 Third Avenue, 21st Floor<br>New York, New York 10022<br>Telephone: 212-707-1329<br>mcohen@cohengresser.com<br>dlisner@cohengresser.com<br><br>*Counsel for Defendant Oren Frank*<br><br>COLE SCHOTZ P.C.<br>MICHAEL S. WEINSTEIN<br>BRADLEY P. POLLINA<br><br>    */s/ Michael S. Weinstein*<br>    MICHAEL S. WEINSTEIN<br><br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10022<br>Telephone: 212/752-8000<br><br>*Counsel for Defendant Mark Hirschhorn* |

cc: All Counsel of Record (via ECF)