UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TALKSPACE, INC. SECURITIES LITIGATION

Civil Action No. 1:22-cv-00163-PGG

<u>CLASS ACTION</u>

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO THE CLASS

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Plaintiffs Steven Jacob Greenblatt, Montague Street LP, Greenblatt Family Investments LLC, William Greenblatt, Judith Greenblatt, the Brandon T. Greenblatt 2015 Trust, the Maggie S. Greenblatt 2015 Trust, the Steven Jacob Greenblatt 2015 Trust, and Ivan M. Baron, by and through their attorneys, will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at such date and time as the Court may designate, for entry of the [Proposed] Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) certifying the Class for settlement purposes; (3) approving the form and manner of notice of the proposed settlement to the Class; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

- 1 -

DATED: May 26, 2023                     Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD
                                        EVAN J. KAUFMAN
                                        WILLIAM A. MASSA


                                                s/ Evan J. Kaufman
                                        EVAN J. KAUFMAN

                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)
                                        srudman@rgrdlaw.com
                                        drosenfeld@rgrdlaw.com
                                        ekaufman@rgrdlaw.com
                                        wmassa@rgrdlaw.com

                                        ROLNICK KRAMER SADIGHI LLP
                                        LAWRENCE M. ROLNICK
                                        MARC B. KRAMER
                                        MATTHEW PELLER
                                        ANNA MENKOVA
                                        1251 Avenue of the Americas
                                        New York, NY  10020
                                        Telephone:  212/597-2838
                                        lrolnick@rksllp.com
                                        shecht@rksllp.com
                                        mpeller@rksllp.com
                                        amenkova@rksllp.com

                                        Lead Counsel for Securities Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 26, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ Evan J. Kaufman
        EVAN J. KAUFMAN

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        58 South Service Road, Suite 200
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1173 (fax)

        Email:  ekaufman@rgrdlaw.com

# Mailing Information for a Case 1:22-cv-00163-PGG Baron v. Talkspace, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam M. Apton**
  aapton@zlk.com,jtash@zlk.com,hakulp@zlk.com

- **Mark Stewart Cohen**
  mcohen@cohengresser.com,managingclerksoffice@cohengresser.com,Mark-Cohen-1234@ecf.pacerpro.com,autodocket@cohengresser.com

- **Richard William Gonnello**
  rgonnello@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Evan Jay Kaufman**
  ekaufman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,ekaufman@ecf.courtdrive.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **David Lisner**
  dlisner@cohengresser.com,managingclerksoffice@cohengresser.com,autodocket@cohengresser.com

- **Allison Samantha Markowitz**
  amarkowitz@milbank.com,AutoDocketECF@milbank.com,allison-markowitz-1810@ecf.pacerpro.com

- **William A. Massa**
  wmassa@rgrdlaw.com

- **Matthew Alain Peller**
  mpeller@rksllp.com,cdeleon@rksllp.com

- **Bradley Philip Pollina**
  brad@bfklawoffice.com

- **Lawrence M. Rolnick**
  lrolnick@rksllp.com,mhampson@rksllp.com,cdeleon@rksllp.com,claferriere@rksllp.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jed Mastren Schwartz**
  jschwartz@milbank.com,jed-schwartz-8050@ecf.pacerpro.com,ggreen@milbank.com,AutoDocketECF@milbank.com

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com

- **Michael Saul Weinstein**
  mweinstein@coleschotz.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Scott           Alexander Edelman
Milbank LLP
55 Hudson Yards
New York City, NY 10001-2163
```