UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN M. BARON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>TALKSPACE, INC., OREN FRANK, MARK HIRSCHHORN, HEC SPONSOR LLC, DOUGLAS L. BRAUNSTEIN, DOUGLAS G. BERGERON, JONATHAN DOBRES, ROBERT GREIFELD, AMY SCHULMAN, THELMA DUGGIN, HUDSON EXECUTIVE CAPITAL LP, and HEC MASTER FUND LP,<br><br>       Defendants. | **ORDER**<br><br>22 Civ. 163 (PGG) |
| LUIS DIAZ VALDEZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>TALKSPACE, INC., OREN FRANK, MARK HIRSCHHORN, HEC SPONSOR LLC, DOUGLAS L. BRAUNSTEIN, DOUGLAS G. BERGERON, JONATHAN DOBRES, ROBERT GREIFELD, AMY SCHULMAN, THELMA DUGGIN, HUDSON EXECUTIVE CAPITAL LP, and HEC MASTER FUND LP,<br><br>       Defendants. | **ORDER**<br><br>22 Civ. 840 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Upon the judgment in the lead case, <u>Baron v. Talkspace, Inc. et al</u>, 22 Civ. 163, the Clerk of Court is directed to close the member case, <u>Valdez v. Talkspace, Inc. et al.</u>, 22 Civ. 840.

Dated: New York, New York
       November 7, 2023

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge